UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62382-CIV-SINGHAL

MARINA LASKIN,

    Plaintiff,

v.

HOLMAN AUTOMOTIVE, INC.,
d/b/a AUDI OF PEMBROKE PINES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Notice of Settlement (DE [9]) filed by Plaintiff on January 18, 2023. Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, requires that a Notice of Settlement "shall be filed and served jointly by counsel for all parties to the settlement." Given the unilateral Notice of Settlement, all pre-trial deadlines remain in effect. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all pretrial deadlines remain in effect. The parties will be relieved from pretrial deadlines upon the filing of a Joint Notice of Settlement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 18th day of January 2023.

                                            RAAG SINGHAL
Copies furnished counsel via CM/ECF        UNITED STATES DISTRICT JUDGE