**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MARINA LASKIN,
An Individual,

      Plaintiff,

VS.

HOLMAN AUTOMOTIVE, INC.,
d/b/a AUDI OF PEMBROKES PINES
A Florida Corporation,

      Defendant,
_____/

Civil Action No.: 0:22-cv-62382-AHS

FBN 371874

## DEFENDANT'S THIRD AMENDED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

      Plaintiff, HOLMAN AUTOMOTIVE INC. ("Defendant") files this Certificate of Interested Persons and Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. HOLMAN AUTOMOTIVE INC., a privately held corporation Defendant

    b. HOLMAN AUTOMOTIVE INC d/b/a Audi of Pembroke Pines – dba of Defendant

    c. Holman Retail Holdings LLC – a privately held limited liability company which holds 100% of the stock of Defendant HOLMAN AUTOMOTIVE INC.

   d. Zurich North America Insurance – Garage Liability Insurance Carrier for HOLMAN AUTOMOTIVE INC.

   e. Glen R. Goldsmith Esq. - Counsel for Defendant

   f. Glen R. Goldsmith PA – Professional Association of Counsel for Defendant

   g. Daniel Mullin Esq.   Assistant General Counsel Holman Automotive Inc.

   h. Matt Newell Esq.  General Counsel Holman Automotive

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   a. Plaintiff Marina LASKIN

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated <u>January 23, 2023</u>.

                                                        GLEN R. GOLDSMITH, P.A.
                                                        Attorney for Defendant

                                                        By: <u>/s/ Glen R. Goldsmith</u>
                                                        Glen R. Goldsmith, Esq.
                                                        FBN   371874

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23[th], 2023 I electronically filed the foregoing document with the Clerk of the Court for the US District Court Southern District of Florida Fort Lauderdale Division using the CM/ECF system and that the foregoing document was served electronically to all counsel of record.

                                                    GLEN R. GOLDSMITH, P.A.
                                                    Attorney for Defendant HOLMAN
                                                    9500 S. Dadeland Blvd.
                                                    Suite 601
                                                    Miami, Florida 33156
                                                    Office: (305) 670-5500

                                                    By: <u>/s/ Glen R. Goldsmith</u>
                                                    Glen R. Goldsmith, Esq.